UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO ORTIZ-RIVERA,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIZAKAZI,<br><br>    Defendant. | CIVIL ACTION NO. 3:21-CV-02134<br><br>(MEHALCHICK, M.J.) |

**ORDER**

**AND NOW**, this 3rd day of January, 2023, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that the Commissioner's decision to deny Ortiz-Rivera's application for disability benefits is **AFFIRMED**, final judgment is entered in favor of the Commissioner and against Ortiz-Rivera, and the Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**